

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS, | § | No. 08-15-00086-CV |
| Appellant, | § | Appeal from |
| v. | § | 34th District Court |
| MARY LOU VASQUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2014DCV1842) |
| | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment granting the plea to the jurisdiction with regard to claims of retaliation, actual disability, denial of a reasonable accommodation, and disclosure of confidential health information. We remand the cause for consideration of Appellee's "regarded as" disabled claim, in accordance with this Court's opinion. We further order costs be assessed against the party incurring same, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.